UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THOMAS H. SPITTERS, | Case No. 22-cv-05030-HSG |
|---|---|
| Plaintiff, | |
| v. | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DISMISS COMPLAINT** |
| PSYNERGY PROGRAMS, | |
| Defendant. | Re: Dkt. No. 45 |

The Court has reviewed Magistrate Judge Beeler's Report and Recommendation to Dismiss the Complaint. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is dismissed without prejudice to the plaintiff's suing in state court. The Clerk is directed to enter judgment in favor of Defendant and close the file.

**IT IS SO ORDERED.**

Dated: December 13, 2023

HAYWOOD S. GILLIAM, JR.
United States District Judge